## THE STATE v. DAVID THOMSON.

ON an indictment, for passing a counterfeit loan-office certificate, the counsel for the prisoner objected to the witnesses testifying anything which the prisoner had said to them confidentially, when endeavoring to persuade them to use their influence, that he might be improved as a witness against his associates:— But,

By the whole COURT. When disclosures of that kind have been made to the authority examining, or to the state's attorney, under such circumstances, that the person disclosing considered himself as a witness, the court have never allowed it to be given in evidence against him; — but this indulgence has not been extended further.